1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

| 12 IN RE: BEXTRA AND CELEBREX | **MDL NO. 1699** |
| 13 MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **District Judge: Charles R. Breyer** |
| 14 This Document Relates To: | |
| 15 *James Alan Bell vs. G.D. Searle LLC, et al.* (05-4450 CRB) | **AMENDED STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 16 | |
| 17 *James Rogers Fanning vs. G.D. Searle LLC, et al.* (05-4453 CRB) | |
| 18 | |
| 19 *John J. Driscoll vs. Pfizer Inc, et al.* (05-4584 CRB) | |
| 20 *Barbara Clem vs. G.D. Searle LLC, et al.* (05-4736 CRB) | |
| 21 | |
| 22 *Kathleen Cote, et al. vs. G.D. Searle LLC, et al.* (05-5360 CRB) | |
| 23 *Johnny Edwards vs. Pfizer Inc, et al.* (06-1914 CRB) | |
| 24 | |
| 25 *William Crowley vs. Pfizer Inc* (06-2668 CRB) | |
| 26 *Connie B. Anderson vs. Pfizer Inc, et al.* (06-2784 CRB) | |
| 27 | |
| 28 *Tracy Baral vs. Pfizer Inc, et al.* (06-2912 CRB) | |

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1
2    *Willevene Gruver, et al. vs. Pfizer Inc, et al.*
     (06-2940 CRB)

3    *Michael Castle, et al. vs. Pfizer Inc, et al.*
     (06-3061 CRB)
4
     *Henry Anderson vs. Pfizer Inc, et al.*
5    (06-3418 CRB)

6    *Carolyn Chasteen vs. Pfizer Inc, et al.*
     (06-3433 CRB)
7
     *James Craig vs. Pfizer Inc, et al.*
8    (06-3554 CRB)

9    *Connie Akridge vs. Pfizer Inc, et al.*
     (06-3555 CRB)
10
     *Faye Cochran vs. G.D. Searle LLC, et al.*
11   (06-3654 CRB)

12   *Herbert R. Gorham vs. G.D. Searle LLC, et al.*
     (06-3657 CRB)
13
     *David Dobbins vs. Pfizer Inc, et al.*
14   (06-3950 CRB)

15   *Vera A. Benefiel, et al. vs. Pfizer Inc, et al.*
     (06-4012 CRB)
16
     *Jerry Goodman vs. Pfizer Inc, et al.*
17   (06-4013 CRB)

18   *Gene N. Gordon vs. G.D. Searle LLC, et al.*
     (06-4294 CRB)
19
     *Alyce B. Elliott vs. Pfizer Inc, et al.*
20   (06-4419 CRB)

21   *Roger D. Conner vs. G.D. Searle LLC, et al.*
     (06-4483 CRB)
22
     *Elaine Givens vs. Pfizer Inc, et al.*
23   (06-4608 CRB)

24   *Shelia Adams, et al. vs. Pfizer Inc, et al.*
     (06-5040 CRB)
25
     *Veronica Grice, et al. vs. Pfizer Inc, et al.*
26   (06-5385 CRB)

27   *Jeffery L. Davis vs. Pfizer Inc, et al.*
     (06-7009 CRB)
28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\2595197.1

1 | *Rick Detmer, et al. vs. Pfizer Inc, et al.*
(06-7523 CRB)
2
3 | *Randy Gunter, et al. vs. Pfizer Inc, et al.*
(06-7524 CRB)
4 | *Robert C. Bonnett, et al. vs. Pfizer Inc, et al.*
(06-7770 CRB)
5
6 | *Christene Canada vs. Pfizer Inc, et al.*
(06-7771 CRB)
7 | *Christine Erickson, et al. vs. Pfizer Inc, et al.*
(06-7772 CRB)
8
9 | *Dannie Graham vs. Pfizer Inc, et al.*
(06-7774 CRB)
10 | *Troy L. Coker, et al. vs. Pfizer Inc, et al.*
(06-7775 CRB)
11
12 | *Michael Fisher vs. Pfizer Inc, et al.*
(07-0761 CRB)
13 | *George S. Chiotakis vs. Pfizer Inc, et al.*
(07-0860 CRB)
14
15 | *Ricky Estep vs. Pfizer Inc, et al.*
(07-0971 CRB)
16 | *Ralph Rocha, et al. vs. Pfizer Inc, et al.*
(07-1124 CRB)
17
18 | *Shirley Darling, et al. vs. Pfizer Inc, et al.*
(07-1356 CRB)
19 | *Lawrence Burris, et al. vs. Pfizer Inc, et al.*
(07-1371 CRB)
20
21 | *Richard L. Bowden vs. Pfizer Inc, et al.*
(07-1375 CRB)
22 | *Betty Grulke vs. Pfizer Inc, et al.*
(07-1768 CRB)
23
24 | *Bradley John Cok, et al. vs. Pfizer Inc, et al.*
(07-1874 CRB)
25 | *Phyllis Buonopane vs. Pfizer Inc, et al.*
(07-2026 CRB)
26
27 | *Connie LaGrew, et al. vs. Pfizer Inc, et al.*
(07-3034 CRB)
28 | *Betty Lou Bass vs. Pfizer Inc, et al.*

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42595197.1

1 | (07-3643 CRB)

2 | *Rachel Carballo, et al. vs. Pfizer Inc, et al.*
(07-3646 CRB)

3 |

4 | *Chad James Flynn, et al. vs. Pfizer Inc, et al.*
(07-3955 CRB)

5 | *Helen Alexander, et al. vs. Pfizer Inc, et al.*
(07-4382 CRB)

6 |

7 | *James Dauphinais, et al. vs. Pfizer Inc, et al.*
(07-4983 CRB)

8 | *James Darty vs. G.D. Searle LLC, et al.*
(07-5399 CRB)

9 |

10 | *Robyn Anderson, et al. vs. Pfizer Inc, et al.*
(07-5590 CRB)

11 | *Morris Adams, et al. vs. Pfizer Inc, et al.*
(07-5591 CRB)

12 |

13 | *Peter Fos vs. Pfizer Inc, et al.*
(07-5685 CRB)

14 | *Michael H. Allen, et al. vs. Pfizer Inc, et al.*
(07-5703 CRB)

15 |

16 | *Vivian Cobb vs. Pfizer Inc, et al.*
(08-0257 CRB)

17 | *Roberta Bowman vs. Pfizer Inc, et al.*
(08-0303 CRB)

18 |

19 | *Harriet Bratcher vs. Pfizer Inc, et al.*
(08-0795 CRB)

20 | *Olive Beebe, et al. vs. Pfizer Inc, et al.*
(08-0977 CRB)

21 |

22 | *Ramond Beaver vs. Pfizer Inc, et al.*
(08-1015 CRB)

23 | *Robert Colman vs. Pfizer Inc, et al.*
(08-1016 CRB)

24 |

25 | *Robert E. Davis, et al. vs. Pfizer Inc, et al.*
(08-1224 CRB)

26 | *Rommie Anderson, et al. vs. Pfizer Inc, et al.*
(08-1351 CRB)

27 |

28 | *Tim Gray vs. Pfizer Inc, et al.*
(08-1434 CRB)

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1

2  *Owen L. May, et al. vs. Pfizer Inc, et al.*
   (08-1590 CRB)

3  *Ronald Carr, et al. vs. Pfizer Inc, et al.*
   (08-1591 CRB)

4
   *Mary Basilisco, et al. vs. Pfizer Inc, et al.*
5  (08-1746 CRB)

6  *Earnest Colvin vs. Pfizer Inc, et al.*
   (08-2470 CRB)

7
   *Velma Burt vs. Pfizer Inc, et al.*
8  (08-2471 CRB)

9  *Sarah Benton vs. Pfizer Inc, et al.*
   (08-2605 CRB)

10
   *Lawanda Bell vs. Pfizer Inc, et al.*
11 (08-3708 CRB)

12     Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

13 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

14 stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

15 each side bearing its own attorneys' fees and costs.

16

17

18

19

20

21

22  DATED: 10/2?/2009    By: /s/ Navan Wavel F.

23
                        **BEASLEY, ALLEN, CROW, METHVIN,**
24                      **PORTIS & MILES, P.C.**
                        218 Commerce Street
25                      P.O. Box 4160
                        Montgomery, Alabama 36103
26                      Telephone: 334-269-2343
                        Facsimile: 334-954-7555
27
                        *Attorneys for Plaintiffs*
28

                              -5-

            STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42595197.1

1   DATED: Oct. 29, 2009     By:

2

3                                   **DLA PIPER LLP (US)**
                                    1251 Avenue of the Americas
4                                   New York, New York 10020
                                    Telephone: 212-335-4500
5                                   Facsimile: 212-335-4501

6                                   *Defendants' Liaison Counsel*

7

8       **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
9       **IT IS SO ORDERED.**

10

11      Dated: NOV 1 3 2009

12                                  Hon. Charles R. Breyer
                                    United States District Court
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42595197.1